IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STOFFER

      Plaintiff,                    No. CIV S-09-3294 GGH P

   vs.

PERRY RENIFF, SHERIFF,
BUTTE COUNTY,

      Defendants.               ORDER FOR PAYMENT

_____/     OF INMATE FILING FEE

To:  The Sheriff of Butte County Jail, 35 County Center Drive, Oroville, California 95965:

      Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Butte County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. The Sheriff of Butte County Jail or a designee shall collect monthly payments

1

1 from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding
2 month's income credited to the prisoner's trust account and shall forward those payments to the
3 Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
4 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the
5 Court.  The payments shall be clearly identified by the name and number assigned to this action.
6       2. The Clerk of the Court is directed to serve a copy of this order and a copy of
7 plaintiff's in forma pauperis affidavit on the Sheriff of the Butte County Jail, 35 County Center
8 Drive, Oroville, California 95965.
9       3. The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department of the court.
11 DATED: December 17, 2009

      /s/ Gregory G. Hollows

      UNITED STATES MAGISTRATE JUDGE