IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STOFFER,

    Plaintiff,                     No. CIV S-09-3294 GGH P

    vs.

PERRY RENIFF, SHERIFF, BUTTE COUNTY,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 17, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff was granted an extension of time to file an amended complaint by an order, filed on January 15, 2010, and has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

\\\\\

\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Angelo Tavelli; Dana Davis.

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 3, 2010 (docket # 10).

3. Within twenty-eight days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. One completed USM-285 form for each defendant listed in number 1 above; and
    d. Three (3) copies of the endorsed amended complaint filed February 3, 2010.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 2, 2010

                /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STOFFER

        Plaintiff,                     No. CIV S-09-3294 GGH P

    vs.

PERRY RENIFF, SHERIFF,
BUTTE COUNTY,                   NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __2__     completed USM-285 forms

        __3__     copies of the February 3, 2010 (docket # 10)
                           Amended Complaint

DATED:

                                              Plaintiff