IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STOFFER,

      Plaintiff,                  No. CIV S-09-3294 GGH P

   vs.

PERRY RENIFF, SHERIFF
BUTTE COUNTY,

      Defendants.            ORDER
_____/

      On December 4, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4).  By an order filed March 2, 2010, this court ordered plaintiff to complete and return to the court, within twenty-eight days, the USM-285 forms necessary to effect service on defendants.  That twenty-eight day period has since passed, and plaintiff has not responded in any way to the court's order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

DATED: May 3, 2010                /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

stof3294.fusm

1